# United States District Court

EASTERN DISTRICT OF NEW YORK

**03-4726M**

UNITED STATES OF AMERICA
V.
JOSE CARDENAS

## WARRANT FOR ARREST

CASE NUMBER: 97CR-649(S-1)(ARR)

FILED ___ LODGED
RECEIVED ___ COPY

MAY - 2 2003

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

To The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  JOSE CARDENAS

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

CONSPIRACY TO DISTRIBUTE COCAINE

in violation of Title __21__ United States Code, Section(s) __846 and 841(a)(1)__

HONORABLE STEVEN M. GOLD
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

AUGUST 7, 1997, BROOKLYN, NY
Date and Location

SUSPECT ARRESTED BY USMS
AND INITIALED ON 02 MAY 03
IN THE DISTRICT OF ARIZONA

Bail fixed at $ _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at TUCSON, ARIZONA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 26 MARCH 2003 | Luis NORIEGA, C/DUSM | Mejia, C/DUSM |
| DATE OF ARREST |  |  |
| 1 MAY 2003 |  |  |

** TOTAL PAGE.03 **

| UNITED STATES DISTRICT COURT | MAGISTRATE JUDGE'S MINUTES |
|---|---|
| DISTRICT OF ARIZONA - TUCSON | ******************************* |

**Filed: 5/6/2003**
Clerk U.S. District Court
District Of Arizona
BY: _____ (Deputy)

DATE: 5/6/2003      CASE NUMBER: 03-04726M

USA vs. JOSE CARDENAS

U.S. MAGISTRATE JUDGE: MAGISTRATE JACQUELINE MARSHALL  Judge #: 70BN

U.S. Attorney  Joelyn Marlowe                INTERPRETER REQ'D  Mirtha Nebeker

Attorney for Defendant  Thomas G. Hippert (Appointed)

INITIAL APP: ☐ HELD  DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

☐ Complaint Filed  ☐ DOA ____
☐ Warrant Other District        ☐ Financial Afdvt taken
☐ Warrant Phx Div.              ☐ No Financial Afdvt taken
☐ Counsel waives reading of the Complaint/Indictment

☐ Defendant states true name to be _____.
  Further proceedings Ordered in defendant's true name.

☐ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to §3142(e) & (f)
  is ☐ Granted ☐ Denied

☐ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to ☐ § 3142(f) ☐ § 3142(d)

PSA recommends  detention                   ; Gov't ☒ concurs ☐ objects
GOVERNMENT recommends  detention

☒ Court accepts recommendation by PSA
Bail set at $ ____

☐ Defendant signed Order Setting Conditions of Release and released on ____

| **DETENTION HEARING:** ☒ Held ☐ Cont'd<br>Set for:<br>before: | **REMOVAL HEARING:** ☐ Held ☒ Waived<br>Set for:<br>before: |
|---|---|
| Gov't's request for detention ☒ Granted ☐ Denied | ☒ **COMMITMENT TO ANOTHER DISTRICT ISSUED** |
| ☒ Defendant Ordered detained pending Removal Hearing<br>☐ Gov't withdraws request to detain defendant | ☐ **ORDER BOND** posted in this case be transferred to the U.S. District Court for the  EASTERN DISTRICT OF NEW YORK  where this matter is pending |

☒ Deft. signs written Waiver of Removal Hrg. The Magistrate Judge finds, on the basis of deft's written waiver of removal hrg and this Magistrate Judge's receipt of the original/certified copy of the warrant from the  EASTERN DISTRICT OF NEW YORK  _____, that there is probable cause to believe that this defendant is the  JOSE CARDENAS                         , named in the said warrant, and that there is probable cause to believe that an offense has been committed against the laws of the United States of America.

☒ IT IS ORDERED that the Marshal promptly remove defendant from the District of Arizona to the charging district.
OTHER: ____

Copies to:                                RECORDED: Cass. #SP03-53:  3124 - 3295
USA, CNSL, PSA                            # _____: _____ to: _____

BY:  Peggie Robb
Deputy Clerk

# UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

V.

JOSE CARDENAS

COMMITMENT TO ANOTHER DISTRICT

Case Number: 03-04726M-001
Charging District Case Number: 97CR-649(S-1)(ARR)

FILED ___ LODGED ___
RECEIVED ___ COPY ___
MAY -5 2003
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

The defendant is charged with a violation of 21:846 & 841(a)(1) & (b)(1)(A)(ii)(II); CONSPIRACY TO POSSESS; PWID alleged to have been committed in the EASTERN DISTRICT OF NEW YORK

Brief Description of Charge(s): CONSPIRACY TO POSSES WITH INTENT TO DISTRIBUTE COCAINE

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

5/6/2003
Date

MAGISTRATE JACQUELINE MARSHALL
Judicial Officer

| RETURN | | |
|---|---|---|
| THIS COMMITMENT WAS RECEIVED AND EXECUTED AS FOLLOWS: | | |
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

Copies Distributed